# Third District Court of Appeal
## State of Florida

Opinion filed September 29, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-855
Lower Tribunal No. 16-7992

————————

**Elizabeth Murray**,
Appellant,

vs.

**Simply Healthcare Plans, Inc., etc., et al.**,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Landsman & Associates, P.A., and Lisa Landsman (Hallandale Beach); Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale Beach), for appellant.

Leto Law Firm and Matthew P. Leto, for appellees.

Before FERNANDEZ, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.